990

No. 798. SHAFFER v. EVANS. C. A. 10th Cir. Certiorari denied. *Clinton R. Barry* and *D. L. Grace* for petitioner.

No. 800. BURGER v. UNITED STATES. C. A. 8th Cir. Certiorari denied. *John T. Sapienza, Don O. Russell* and *Robert L. Randall* for petitioner. *Solicitor General Rankin; Assistant Attorney General Rice* and *Joseph F. Goetten* for the United States.

No. 801. DOUGLAS v. DOUGLAS. District Court of Appeal of California, Second Appellate District. Certiorari denied. *Manuel Ruiz, Jr.* for petitioner.

No. 802. CRABTREE v. OKLAHOMA. Criminal Court of Appeals of Oklahoma. Certiorari denied. *Edward L. Carey* and *Walter E. Gillcrist* for petitioner.

No. 804. COUCH ET VIR v. CITY OF RICHARDSON ET AL. Supreme Court of Texas. Certiorari denied. *James P. Donovan* and *William F. Billings* for petitioners. *Lewis B. Lefkowitz, John Plath Green* and *William H. Shook* for Gillespie, respondent.

No. 808. NEW YORK CENTRAL RAILROAD CO. ET AL. v. CITY OF DETROIT. Supreme Court of Michigan. Certiorari denied. *George H. Wyatt* for petitioners. *Nathaniel H. Goldstick* and *Julius C. Pliskow* for respondent.

No. 812. GORSKA v. PENNSYLVANIA RAILROAD CO. C. A. 2d Cir. Certiorari denied. *Jacob Rassner* for petitioner. *Edward F. Butler, Joseph P. Allen* and *Herbert J. Kaplow* for respondent.